UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV21-3341 JAK (PVCx) | Date | August 4, 2021 |
|---|---|---|---|
| Title | Guri Gonzalez v. Martha Frankel, et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE  JS-6

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on July 20, 2021 ordering Plaintiff either to: (i) respond in writing no later than **July 27, 2021** as to why the matter should not be dismissed for lack of prosecution. No response has been provided by Plaintiff. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | TJ |